**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 0:26-cv-60595-EA**

**Cristian Daniel Saravia Banegas,**

      Petitioner,

v.

**Kristi Noem,**
**Todd M. Lyons,**
**Garrett Ripa,**
**Mitchell Diaz,**
**Cynthia Swain,**

      Respondents.

_____/

## ORDER GRANTING PETITIONER'S MOTION TO WITHDRAW PETITION

This cause comes before the Court on the petitioner's motion to withdraw his petition on the grounds that his immigration proceedings have concluded [ECF No. 25]. Therefore, it is

**ORDERED AND ADJUDGED**:

1. The motion [ECF No. 25] is **GRANTED**.

2. The petition [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**.

3. All pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**ORDERED** in Chambers in West Palm Beach, Florida, this 27th day of March 2026.



ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Alexandra Noelle Manrique**
Americans for Immigrant Justice

6355 NW 36 Street
Suite 309
Miaim, FL 33166
3055731106
Email: amanrique@aijustice.org

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov